IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY RODGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 23-cv-3977-SMY |
| ) | |
| VILLAGE OF GLEN CARBON et al., ) | |
| ) | |
| Defendant. ) | |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Timothy Rodgers filed his Complaint pursuant to 42 U.S.C. § 1983 on June 6, 2023, alleging violations of his civil rights and seeking to recover compensatory damages (Doc. 3). He also filed a Motion for Leave to Proceed in forma pauperis (Doc. 4) which was granted by the Court on April 9, 2024 (Doc. 13). The Clerk of Court was directed to prepare and issue summons for each named Defendant. Id. Plaintiff was instructed that he could utilize the United States Marshals Service to serve process. Id. The Clerk of Court issued summons for all Defendants on April 10, 2024 (Doc. 14). The originals were mailed with Form USM-285 to Plaintiff. Id. Plaintiff did not file a proof of service.

The Court then issued an Order to Show Cause on August 12, 2024, ordering Plaintiff to show cause why the case should not be dismissed for failure to timely serve the defendants (Doc. 15). Plaintiff responded to the Order to Show Cause on September 3, 2024 (Doc. 16), and the Court issued an order on September 4, 2024, finding that Plaintiff had demonstrated good cause for failing to timely serve the defendants and ordering him to serve them within 30 days (Doc. 17).

As of this date, Plaintiff has not filed proof of service of summons on the defendants and

has not requested additional time within which to do so. No excusable neglect or good cause for failing to effectuate legal service of process exists and an additional extension of time to do so is not warranted. *See Cardenas v. City of Chicago*, 646 F.3d 1001, 1005 (7th Cir. 2011).

For the foregoing reasons, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED: February 24, 2025**

**STACI M. YANDLE**
**United States District Judge**